IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSS THOMAS BRANTLEY, III,<br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, *Director*, TDCJ-CID<br>Respondent. | No. 3:17-cv-003-S (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 16th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE